UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:26–cv–03494–MWF–SSC          Date          June 9, 2026

Title          JARDINE GOUGIS V. SWEET 16 MUSICAL PROPERTIES, INC. ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                              Not Reported;
Courtroom Deputy                         Court Reporter

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 6/08/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for July 15, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs